UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JERRY LOTT AND KIMBERLY LOTT                                              PLAINTIFFS

V.                                                    CIVIL ACTION NO. 1:06cv519-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY                                        DEFENDANT

### ORDER

In accordance with an Order entered in *Chapoton v. State Farm*, No. 1:06cv471 (attached hereto), **IT IS ORDERED**:

The [49] Order of the United States Magistrate Judge granting Defendant's [27] Motion for Protective Order is **AFFIRMED**, and the [58] Plaintiffs' Objections to Magistrate Judge's [50] Protective Order are **DENIED** under the standard of Fed. R. Civ. P. 72(a) inasmuch as Plaintiffs have failed to establish that the Magistrate's order is clearly erroneous or contrary to law.

**SO ORDERED** this the 25th day of April, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE